UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LYNN W. BONNER, )
)
    Plaintiff, )
)
) **JUDGMENT**
v. ) No. 5:14-CV-415-RJ
)
)
CAROLYN W. COLVIN, Acting )
Commissioner of Social Security, )
)
    Defendant. )

**Decision by Court.**

This action came before the Honorable Robert B. Jones, Jr., United States Magistrate Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion for Judgment on the Pleadings [DE-17] is ALLOWED, Defendant's Motion for Judgment on the Pleadings [DE-20] is DENIED, and this matter is remanded for further proceedings consistent with the Court's order dated 9/28/2015 [DE-26].

This Judgment Filed and Entered on September 28, 2015 with service on:
Charlotte Williams Hall (via Notice of Electronic Filing)
Wanda D. Mason (via Notice of Electronic Filing)

                                                JULIE RICHARDS JOHNSTON, CLERK
DATE                                           /s/ Jacqueline B. Grady
September 28, 2015                          Jacqueline B. Grady, Deputy Clerk