IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No: 5:14-CV-00415-RJ

| | |
|---|---|
| LYNN W. BONNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ORDER |
| CAROLYN W. COLVIN, *Acting Commissioner of Social Security Administration*, | ) ) ) ) |
| Defendant. | ) |

This matter is before the court to address the Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, filed on October 19, 2015. [DE-28]. Plaintiff seeks an award of $3,366.00 for attorney's fees for eighteen (18) hours of work performed, and indicates that the Government consents to this amount. *Id.* Plaintiff's motion is allowed, and accordingly Plaintiff is awarded attorney's fees under the Equal Access to Justice Act in the amount of $3,366.00 to be sent to counsel for Plaintiff, Charlotte Williams Hall, Charles T. Hall Law Firm, P.O. Box 10629, Raleigh, North Carolina 27605.

SO ORDERED, the **20** day of October 2015.

Robert B. Jones, Jr.
United States Magistrate Judge